IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON A. ZETO, | Case No: Case 2:10-cv-01714-GLL |
| Plaintiff, | |
| vs. | **ELECTRONICALLY FILED** |
| MIDLAND CREDIT MANAGEMENT, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER OF COURT

AND NOW, on this 15th day of April, 2011, upon review of the Stipulation for Discontinuance, it is hereby ORDERED that the above-referenced matter is hereby discontinued with prejudice.

BY THE COURT:

_____ C.J.

12/1256870.v1